# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATNAM SINGH,<br><br>       Petitioner,<br><br>       v.<br><br>ERIC ARNOLD, Warden,<br><br>       Respondent. | Case No. CV 15-9261- ODW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: __July 11, 2016

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE